Howard A. and Christina S. Humphrey
909 Allegro Lane
Apollo Beach, FL 33572
813-641-2909

FILED

10 OCT 22 PM 3:00

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **Howard A. and Christina S. Humphrey** <br> Plaintiff, <br><br> vs. <br><br> **Chase** <br> Defendant | Case #: 10-2308-T-23TBM <br><br> **MOTION TO FILE AMENDED COMPLAINT** <br><br> Date: _____ |

### PLAINTIFFS MOTION TO FILE AMENDED COMPLAINT

Comes now, Howard A & Christina S Humphrey, hereinafter referred to as "Plaintiff", to request leave of this court to file an Amended Complaint.

### FACTS

Plaintiffs filed their Original Petition on October 15, 2010

Summons was issued to known defendant CHASE on October 15, 2010

Plaintiff attempted service of the Summons to CHASE but was refused

Plaintiff have discovered that Defendant CHASE should be JPMORGAN CHASE & CO

Plaintiff seeks to amend the Original Petition to change Defendant from CHASE to JPMORGAN CHASE & CO.

## ARGUMENT

Federal Rules of Civil Procedure Rule 15(a)(1)(A) states that "a party may amend its pleading once as a matter of course within twenty-one (21) days . . "

Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an Amended Complaint. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962).

The court should allow the filing of Plaintiffs Amended Complaint because it is appropriate and necessary. *See Gamma-10 Plastics, Inc. v. Am. President Lines, Ltd.*, 32 F.3d 1244, 1255-56 (8th Cir. 1994).

Plaintiffs diligently moved to amend as soon it became apparent that the Defendants name was incorrect. *Auster Oil & Gas, Inc. v. Stream*, 764 F.2d 381, 391-92 (5th Cir. 1985).

Plaintiffs are filing their Amended Complaint along with this motion.

## CONCLUSION

Plaintiffs are seeking to amend the originally named Defendant from CHASE to JPMORGAN CHASE & CO. For the reasons cited above, Plaintiffs move the court to grant leave to file the Amended Complaint.

Respectfully Submitted,

_____
**Howard A Humphrey**

_____
**Christina S Humphrey**

Howard A Humphrey
439 Allegro Lim
Apollo Beach Fla 33572

Motion to File Amended Complaint

2