UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD AND CHRISTINA HUMPHREY,

    Plaintiffs,

v.                      CASE NO.: 8:10-cv-2308-T-23TBM

CHASE,

    Defendant.
_____/

**ORDER**

The plaintiffs moves (Doc. 5) for leave to file an amended complaint. The plaintiffs filed their original complaint on October 15, 2010. Consistent with Rule 15(a)(1)(A), Federal Rules of Civil Procedure, the motion (Doc. 5) is **GRANTED**.

ORDERED in Tampa, Florida, on October 28, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE