AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Howard A & Christina S Humphrey | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8 10 cv 2308-123 |
| JPMorgan Chase & Co | ) | |
| _____ | ) | TBM |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JPMorgan Chase & Co
c/o Registered Agent:  CT Corporation Systems
1200 S. Pine Island
Plantation, FL 33324
Ph: 954-473-5503

A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Howard A & Christina S Humphrey
909 Allegro Lane
Apollo Beach, FL 33572

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF CO**SHERYL L. LOESCH**

NOV 0 2 2010

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*