UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD A. HUMPHREY, et al.,

    Plaintiffs,

v.                                                     Case No. 8:10-cv-2308-T-23TBM

JPMORGAN CHASE & CO.

    Defendant.
_____/

## **ORDER TO SHOW CAUSE**

On or before **April 1, 2011**, the plaintiff shall show cause in writing why this action should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution for failure to file the case management report within the time prescribed by Local Rule 3.05(c)(2)(B). Failure to comply with this order will result in dismissal of this action without further notice.

ORDERED in Tampa, Florida, on March 22, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE