UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD AND CHRISTINA HUMPHREY,

    Plaintiffs,

v.                                           CASE NO.: 8:10-cv-2308-T-23TBM

JPMORGAN CHASE & CO.,

    Defendant.
_____/

**ORDER**

    The plaintiff moves (Doc. 30) to dismiss without prejudice. The motion (Doc. 30) is **GRANTED** and the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on April 20, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE